IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARAGANI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LUCID SOFTWARE INC.,<br><br><br>　　　　Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:25-cv-00405-CMR |

I recuse myself in this case and ask that the matter be reassigned.

DATED this 25 June 2025.

　　　　　　　　　　　　　　　　　　　　　　*Cecilia M. Romero*
　　　　　　　　　　　　　　　　　　Magistrate Judge Cecilia M. Romero
　　　　　　　　　　　　　　　　　　United States District Court for the District of Utah