John P. Mertens (14522)
PIA HOYT LLC
170 S. Main Street, Suite 1100
Salt Lake City, Utah 84101
Phone: (801) 350-9000
Email: jmertens@piahoyt.com

*Attorney for Plaintiff Goud Maragani*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GOUD MARAGANI,<br><br>    Plaintiff,<br><br>vs.<br><br>LUCID SOFTWARE INC.,<br><br>    Defendant. | **NOTICE OF APPEARANCE**<br>**(John P. Mertens)**<br><br>Case No: 2:25-cv-00405-JCB<br><br>Magistrate Judge: Jared C. Bennett |

TO THE COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN that John P. Mertens of **Pia Hoyt, LLC**, enters his appearance as co-counsel for Plaintiff Goud Maragani. Copies of all future notices, pleadings, and other materials served in this case should be directed to and served upon Mr. Mertens at the contact information listed above.

Dated June 26, 2025,                    */s/ John P. Mertens*
                                         John P. Mertens

                                         *Attorney for Plaintiff Goud Maragani*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 20205, a true and correct copy of the foregoing **NOTICE OF APPEARANCE (John P. Mertens)** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

*/s/ Melanie Buervenich*
Paralegal